Jose A. Saldivar #022991
Maria David # 036176
**Saldivar & Associates, PLLC**
2417 N. 24th Street
PHOENIX, ARIZONA 85008
602-314-1340 telephone
602-354-3098 facsimile
jose@saldivarlaw.com
maria@saldivarlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kiosko Multiservicios LLC;<br><br>Plaintiff,<br><br>vs.<br><br>Financial Crimes Enforcement Network; Andrea Gacki, in her official capacity as Director of Financial Crimes Enforcement Network; U.S. Department of the Treasury; Scott Bessent, in his official capacity as Secretary of the Treasury; and Todd Blanche, in his official capacity as the Acting Attorney General of the United States,<br><br>Defendants. | No. 2:26-cv-02389-KML<br><br><br>**PLAINTIFF'S PROPOSED PRELIMINARY INJUNCTION** |

The Court, having received Plaintiff's Motion for a Preliminary Injunction and Good cause appearing:

The Court **GRANTS** the motion. Defendants, and their officers, agents, servants, employees, and all persons acting in concert or participation with them, are temporarily enjoined from enforcing, implementing, or otherwise giving effect to the Geographic

Targeting Order, as it applies to all covered businesses, as defined by the Border GTO, that are located in the District of Arizona. The Court **DECLINES** to set a bond.

        DATED this ___ day of May, 2026


                                    _____
                                    Hon. Krissa M. Lanham
                                    United States District Judge