**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kiosko Multiservicios LLC,

Plaintiff,

v.

Financial Crimes Enforcement Network, et al.,

Defendants.

No. CV-26-02389-PHX-KML

**AMENDED ORDER**

This order amends the order at Doc. 84. Defendants seek to file under seal documents containing "sensitive law enforcement information." (Doc. 77 at 1.) Compelling reasons exist to allow this sealing.

**IT IS ORDERED** the Motion to Seal (Doc. 77) is **GRANTED**. The Clerk of Court shall file under seal the documents lodged at Doc. 79. The document lodged at Doc. 78 shall be filed, not under seal. This order shall not be sealed.

Dated this 29th day of October, 2026.

Honorable Krissa M. Lanham
United States District Judge